1  **DIANE M. REGAN**
   California State Bar No. 207027
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Email: Diane_Regan@fd.org

5  Attorneys for Mr. Gonzalez-Hernandez

                    UNITED STATES DISTRICT COURT

                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

                      **(HONORABLE PETER C. LEWIS)**

| UNITED STATES OF AMERICA,        | ) | Case No. 08MJ8166-PCL |
|----------------------------------|---|------------------------|
|              Plaintiff,          | ) |                        |
|                                  | ) |                        |
| v.                               | ) | **NOTICE OF APPEARANCE** |
| RAFAEL GONZALEZ-HERNANDEZ,       | ) |                        |
|              Defendant.          | ) |                        |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Diane M. Regan, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                              Respectfully submitted,

Dated:  March 4, 2008         */s/ Diane M. Regan*
                              **DIANE M. REGAN**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Gonzalez-Hernandez
                              Diane_Regan@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  March 4, 2008                                  /s/ Diane Regan
**DIANE M. REGAN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email: Diane_Regan@fd.org